**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

COREY SANDERS
ADC #113737                                                                                          PLAINTIFF

V.                                     5:08CV00049 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                        DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.	Plaintiff's Motion for a Temporary Restraining Order/Preliminary Injunction (docket entry #4) and Motion to Expedite (docket entry #6) are DENIED.

2.	The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 19th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

COREY SANDERS
ADC #113737                                                                                                   PLAINTIFF

V.                                          5:08CV00049 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion for a Temporary Restraining Order/Preliminary Injunction (docket entry #4) and Motion to Expedite (docket entry #6) are DENIED.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE