**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

COREY SANDERS
ADC #113737                                                                                              PLAINTIFF

V.                                          5:08CV00049 JTR

CHARLOTTE GREEN,
Health Services Administrator,
East Arkansas Regional Unit, et al.                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Memorandum and Order would not be taken in good faith.

Dated this 5th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE